# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>BRANDON JAMES SEYS,<br>　　　　Defendant. | No. 2:19-cr-1004-CJW-MAR<br><br>**WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at arraignment on the charges currently pending against him in this court.

1. The defendant affirms that he has received a copy of the indictment;

2. The defendant understands that he has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right;

3. The defendant pleads not guilty to all counts of the indictment; and

4. The defendant stipulates to entry of the standard discovery order utilized in this District.

| | |
|---|---|
| _____<br>Brandon James Seys　　　　Date<br>Defendant | _____<br>Michael K. Lahammer　　　　Date<br>Counsel for Defendant |

## ORDER

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and his pleas of not guilty are entered of record with the Clerk of Court. All bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. *See* LCrR. 12(b). However, the arraignment hearing scheduled for January 31, 2019 at 3:00 p.m. is hereby **cancelled**.

　　DATED this _____ day of _____, 2018.

_____
Mark A. Roberts, Magistrate Judge
United States District Court
Northern District of Iowa