# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| UNITED STATES OF AMERICA, | WITNESS & EXHIBIT LIST |
|---|---|
| Plaintiff(s), | Case No. 19-CR-1004-CJW |
| vs. | Presiding Judge Magistrate Mark A. Roberts |
| BRANDON JAMES SEYS, | Deputy Clerk Sarah Melvin |
| Defendant(s). | Court Reporter FTR Gold |
| Hearing Date: 4/11/2019 | Plaintiff's Attorney AUSA Emily Nydle |
| | Defendant's Attorney Michael Lahammer |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Officer Daniel Kearney, Dubuque Co. Sheriff's Office | 4/11/2019 | 3:27 PM | 4/11/2019 | 4:05 PM |
| | | | | | |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*Exhibit Receipted to Task Force Officer

**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |