# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3720

United States of America

Appellee

v.

Brandon James Seys

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:19-cr-01004-CJW-1)

---

**ORDER**

Attorney John Bishop is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

December 30, 2020

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans