# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3720

United States of America

Appellee

v.

Brandon James Seys

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:19-cr-01004-CJW-1)

___

**MANDATE**

In accordance with the opinion and judgment of 03/01/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 19, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit
___

/s/ Michael E. Gans